# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STARION ENERGY, INC., et al.,[1]<br><br>Debtors.<br><br>STARION ENERGY, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS ELECTRIC COMPANY D/B/A/ NATIONAL GRID, and NSTAR ELECTRIC COMPANY D/B/A EVERSOURCE ENERGY<br><br>Defendants. | Chapter 11<br><br>Case No. 18-12608 (MFW)<br><br>Adversary Case No. 18-50932<br><br>Jointly Administered |

## DECLARATION OF NATHAN C. FORSTER

I, Nathan C. Forster, do hereby state and depose the following:

1.  I am an Assistant Attorney General in the Energy and Telecommunications Division of the Office of Attorney General Maura Healey (the "Attorney General") of the Commonwealth of Massachusetts (the "Commonwealth"), and I am one of the attorneys

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Starion Energy, Inc. (0943); Starion Energy NY Inc. (4319); Starion Energy PA Inc. (1201). The Debtors' corporate headquarters is located at, and the mailing address for each of the Debtors is: 751 Straits Turnpike, Suite 2000, Middlebury CT 06762, Attn: Alexandrea Isaac, Esq.

- 1 -

representing the Commonwealth in this case. I have personal knowledge of the facts stated herein, based on my experience or my consultation with others, or they are known to me in my capacity as counsel for the Commonwealth, and each of them is true and correct.

2. I submit this declaration in support of the Commonwealth's *Opposition to the Debtors' Motion for Temporary Restraining Order and a Preliminary Injunction.*

3. Attached to this declaration as Exhibit A is a true and accurate copy of the order of the Massachusetts Superior Court on November 13, 2018.

4. Attached as Exhibit B is a true and accurate copy of the affidavit of Donald M. Bishop.

5. Attached as Exhibit C is true and accurate copy of the transcript of the Massachusetts Superior Court's October 24, 2018 hearing regarding *Commonwealth v. Starion Energy, Inc., et al.*, No. 183199-H (Super. Ct. filed Oct. 15, 2018).

6. Attached as Exhibit D is a true and accurate copy of the order of the Massachusetts Superior Court on October 24, 2018.

7. Attached as Exhibit E is a true and accurate copy of the order of the Massachusetts Superior Court on November 5, 2018.

8. Attached as Exhibit F is a true and accurate copy of the order of the Massachusetts Superior Court on November 19, 2018.

9. Attached as Exhibit G is a true and accurate copy of Schedule K-1 of Starion's 2014 Tax Returns. Starion produced this document to the Attorney General in response to the Attorney General's Civil Investigative Demand No. 2018-ETD-31.

- 3 -

10. Attached as Exhibit H is a true and accurate copy of the Commonwealth's Notice of Violation of Chapter 93A, issued on July 27, 2018 to the Defendants in *Commonwealth v. Starion Energy, Inc., et al.*

Signed under the penalties of perjury this 10th day of December, 2018.

_____

Nathan C. Forster, Assistant Attorney General