**COMMONWEALTH OF MASSACHUSETTS**

**SUFFOLK, ss.**                                                                 **SUPERIOR COURT**
                                                                                              **CIVIL ACTION**
                                                                                              **NO. 18-3199**

**COMMONWEALTH OF MASSACHUSETTS**

**vs.**

**STARION ENERGY, INC; STARTEL DM, LLC; TELELINK, LLC; TELESTARS LLC; FEZ LLC, D/B/A SHORETEK; RUZHDI DAUTI and DASHMIR MURTISHI, Defendants**

**and**

**MASSACHUSETTS ELECTRIC COMPANY, D/B/A NATIONAL GRID, and NSTAR ELECTRIC COMPANY, D/B/A EVERSOURCE ENERGY, Trustee Defendants**

**FURTHER MEMORANDUM OF DECISION ON COMMONWEALTH'S MOTIONS FOR ATTACHMENT ON TRUSTEE PROCESS AND FOR PRELIMINARY INJUNCTION**

This Court **ORDERS THAT THE INJUNCTION ENTERED BY THE COURT ON OCTOBER 24, 2018 AND EXTENDED TO NOVEMBER 13, 2018 AT 5 PM IS EXTENDED TO NOVEMBER 16, 2018 AT 5 PM OR UNTIL FURTHER ORDER OF THIS COURT**, to wit:

(1) the trustee defendants National Grid and Eversource shall maintain in their possession all assets that are or will become due to Starion and not distribute those assets to Starion or anyone acting on its behalf;

(2) that defendant Starion shall (a) not bill Massachusetts customers directly and shall continue to bill such Massachusetts customers through National Grid and Eversource; (b) not cancel any contracts with Massachusetts customers, unless in the ordinary course of business; and (c) not sell, assign or otherwise transfer its Massachusetts customers.

2

**SO ORDERED**.

                                                  */s/ Michael D. Ricciuti*
                                                  MICHAEL D. RICCIUTI
                                                  Justice of the Superior Court

Dated: November 13, 2018