**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss.                                                                    **SUPERIOR COURT**
                                                                                **CIVIL ACTION**
                                                                                **NO. 18-3199**

**COMMONWEALTH OF MASSACHUSETTS**

**vs.**

**STARION ENERGY, INC; STARTEL DM, LLC; TELELINK, LLC; TELESTARS LLC;
FEZ LLC, D/B/A SHORETEK; RUZHDI DAUTI and DASHMIR MURTISHI,
Defendants**

**and**

**MASSACHUSETTS ELECTRIC COMPANY, D/B/A NATIONAL GRID, and NSTAR
ELECTRIC COMPANY, D/B/A EVERSOURCE ENERGY, Trustee Defendants**

**FURTHER MEMORANDUM OF DECISION ON COMMONWEALTH'S MOTIONS
FOR ATTACHMENT ON TRUSTEE PROCESS AND
FOR PRELIMINARY INJUNCTION**

This Court **ORDERS THAT THE INJUNCTION ENTERED BY THE COURT ON
OCTOBER 24, 2018, EXTENDED TO NOVEMBER 13, 2018, AND FURTHER
EXTENDED TO NOVEMBER 16, 2018, IS MODIFIED AS ANNOUNCED IN OPEN
COURT ON NOVEMBER 16, 2018 AS FOLLOWS**:

(1) the trustee defendants National Grid and Eversource shall maintain in their possession
all assets due to Starion that have come into their possession as of 11:59 PM on
November 13, 2018 and not distribute those assets to Starion or anyone acting on its
behalf;

(2) the trustee defendants shall not restrain any further assets of Starion unless so ordered
by the federal bankruptcy court overseeing Starion's bankruptcy, by this Court or by
other authority.

1

**<u>SO ORDERED</u>**.

_/s/ Michael D. Ricciuti_____

MICHAEL D. RICCIUTI
Justice of the Superior Court

Dated: November 19, 2018