**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 18-12608-MFW |
| STARION ENERGY, INC., *et al.*, [1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related to Dkt. No. 20 |
| _____ | ) | |
| | ) | |
| STARION ENERGY, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Adversary Case No. 18-50932-MFW |
| vs. | ) | |
| | ) | |
| THE COMMONWEALTH OF | ) | |
| MASSACHUSETTS, MASSACHUSETTS | ) | |
| ELECTRIC COMPANY D/B/A/ NATIONAL | ) | |
| GRID, and NSTAR ELECTRIC COMPANY | ) | |
| D/B/A EVERSOURCE ENERGY | ) | |
| | ) | |
| Defendants | ) | Related to Dkt. Nos. 2, 7, 9, 11 |
| _____ | ) | |

**ORDER DENYING MOTION OF DEBTORS FOR PRELIMINARY
INJUNCTION WITHOUT PREJUDICE AND GRANTING MOTION OF
COMMONWEALTH OF MASSACHSUETTS FOR DETERMINATION
THAT THE AUTOMATIC STAY PROVISION DOES NOT APPLY TO
MASSACHUSETTS' ACTION AGAINST DEBTORS**

Upon the Plaintiffs' *Motion for Temporary Restraining Order and Preliminary Injunction*

(the "Motion for Preliminary Injunction") and *Motion of Commonwealth of Massachusetts for*

*Determination that the Automatic Stay Does Not Apply to Massachusetts' Action Against*

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Starion Energy Inc. (0943); Starion Energy NY Inc. (4319); Starion Energy PA Inc. (1201). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 751 Straits Turnpike, Suite 2000, Middlebury CT 06762, Attn: Alexandrea Isaac, Esq.

*Debtors* (the "Motion for Determination") and consideration of the parties objections to said motions, and due and sufficient notice having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motions and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motions (the "Hearing") and for the reasons stated on the record by the Court on December 17, 2018, it is HEREBY ORDERED THAT:

1. The Motion for Determination is GRANTED as set forth herein;

2. The state court case *Commonwealth v. Starion Energy, Inc., et al.*, No. 183199-H (Super. Ct. filed Oct. 15, 2018) (the "Action") is excepted from the automatic stay pursuant to 11 U.S.C. § 362(b)(4) and may proceed to judgment.

3. Nothing in this Order grants the Commonwealth of Massachusetts relief from the provisions of 11 U.S.C. § 362(b)(4) relating to the enforcement of any money judgment that it may obtain in the Action against the Debtors, so long as this Court continues to preside over this matter;

4. The Motion for Preliminary Injunction, as it relates to the funds of Debtors subject to prepetition injunctive relief in the Action, is DENIED without prejudice; and

5.      The Court will retain jurisdiction over all matters arising from or related to the

implementation or interpretation of this Order.

**Dated: January 11th, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**